IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SANJAYKUMAR NATWARLAL BARAIYA and NITABEN NATVARLAL PATEL,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security, *et al.*<br><br>　　　　　Defendants. | :<br>:<br>:<br>:  Case No. 7:23-CV-100-WLS-TQL<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action, acting through counsel, hereby stipulate to the dismissal of this action, with each party to bear its own attorney's fees and costs.

Respectfully submitted this 16th day of November, 2023.

　　　　　　　　　　　　　　　　　PETER D. LEARY
　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

BY:　*s/ Roger C. Grantham, Jr.*
　　　ROGER C. GRANTHAM, JR.
　　　Assistant United States Attorney
　　　Georgia Bar No. 860338
　　　United States Attorney's Office
　　　P. O. Box 2568
　　　Columbus, GA 31902
　　　Phone: (706) 649-7728
　　　roger.grantham@usdoj.gov

　　　*Counsel for Defendants*

　　　*s/Bhavya Chaudhary*
　　　BHAVYA CHAUDHARY, ESQ.
　　　Bhavya Chaudhary & Associates, LLC
　　　Georgia Bar No. 892360
　　　700 Holcomb Bridge Road
　　　Norcross, GA 30071
　　　Phone: (678) 292-6111
　　　Email: bhavya@bcalawfirm.com

　　　*Counsel for Plaintiffs*

SO ORDERED this 17th day of November, 2023.

/s/ W. Louis Sands
W. Louis Sands, Sr. Judge
United States District Court